ORIGINAL

FILED NOV 5 2003 U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENTERGY NUCLEAR FITZPATRICK, LLC
ENTERGY NUCLEAR INDIAN POINT 3, LLC, and ENTERGY NUCLEAR OPERATIONS, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No.: 03-2627C

Judge: ____________

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiffs Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC, and Entergy Nuclear Operations, Inc. respectfully submit this corporate disclosure statement.

Entergy Nuclear Fitzpatrick, LLC is a wholly owned subsidiary of Entergy Nuclear New York Investment Company I and Entergy Nuclear New York Investment Company II, which are wholly owned subsidiaries of Entergy Nuclear Holding Company Number One, which in turn is owned by Entergy Global Investments, Inc. (25%) and Entergy Corporation (75%). Entergy Corporation is the only publicly held corporation in this chain of ownership and, through its subsidiaries, owns more than 10% of Entergy Nuclear Fitzpatrick, LLC.

Entergy Nuclear Indian Point 3, LLC is a wholly owned subsidiary of Entergy Nuclear New York Investment Company I and Entergy Nuclear New York Investment Company II, which are wholly owned subsidiaries of Entergy Nuclear Holding Company Number One, which in turn is owned by Entergy Global Investments, Inc. (25%) and Entergy Corporation (75%).

Entergy Corporation is the only publicly held corporation in this chain of ownership and, through its subsidiaries, owns more than 10% of Entergy Nuclear Indian Point 3, LLC.

Entergy Nuclear Operations, Inc. is a wholly owned subsidiary of Entergy Nuclear Holding Company Number 2, which is a wholly owned subsidiary of Entergy Corporation. Entergy Corporation is the only publicly held corporation in this chain of ownership and, through its subsidiary, owns more than 10% of Entergy Nuclear Operations, Inc.

Dated: November 5, 2003

Respectfully submitted,

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiffs
Entergy Nuclear Fitzpatrick, LLC
Entergy Nuclear Indian Point 3, LLC
Entergy Nuclear Operations, Inc.

*Of Counsel*:
Jay E. Silberg
Devon E. Hewitt
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

John M. Fulton
Assistant General Counsel
Entergy Nuclear Generation Company
440 Hamilton Avenue
Mail Stop 12A
White Plains, NY 10601

Document #: 1257515 v.1