IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENTERGY NUCLEAR FITZPATRICK, LLC, ENTERGY NUCLEAR INDIAN POINT 3, LLC, and ENTERGY NUCLEAR OPERATIONS, INC., | ) | |
| Plaintiffs, | ) | No. 03-2627C<br>Chief Judge Damich |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | |

To the Clerk:

NOTICE OF APPEARANCE

Please enter the appearance of R. Alan Miller as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

R. Alan Miller
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit,
8th Floor, 1100 L Street NW

Dated: January 7, 2004

s/ R. Alan Miller

R. Alan Miller
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: 202-514-4325

Certificate of Filing

I hereby certify that on January 7, 2004, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ R. Alan Miller