# In the United States Court of Federal Claims

No. 03-2627 C
(Filed: February 4, 2005)

**********************************************

**ENTERGY NUCLEAR FITZPATRICK, LLC,**
**ENTERGY NUCLEAR INDIAN POINT 3, LLC,**
**and ENTERGY NUCLEAR OPERATIONS, INC.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

**********************************************

## <u>ORDER</u>

In light of the parties' joint motion to stay, filed on January 26, 2005, the Court hereby **ORDERS** that this case be stayed until the earlier of July 1, 2005, or the date of the Federal Circuit decision on the appeal of the judgment in *Indiana Michigan v. United States,* No. 98-486C (Fed. Cl.). Further, the parties shall file a joint status report on or before the earlier of July 15, 2005, or within 30 days of the decision in *Indiana Michigan*.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge