IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Electronically Filed on July 15, 2005)

**ENTERGY NUCLEAR FITZPATRICK, LLC,**
**ENTERGY NUCLEAR INDIAN POINT 3, LLC**, and
**ENTERGY NUCLEAR OPERATIONS, INC.**,

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

No. 03-2627C
(Chief Judge Damich)

**JOINT MOTION TO STAY**

Pursuant to this Court's February 4, 2005 Order, Plaintiffs and Defendant jointly submit this status report to request that this case remain stayed. On June 6, 2005, counsel for the parties argued the appeal at the United States Court of Appeals for the Federal Circuit ("Federal Circuit") of the Court's judgment in Indiana Michigan Power Co. v. United States, No. 98-486C. In view of the potential significance of that decision on the issues pending in this and other spent nuclear fuel cases, Plaintiffs have proposed and the Government has agreed that this case be suspended through the end of 2005 or until 30 days after the date the Federal Circuit issues a decision in Indiana Michigan, whichever date is later. The parties intend to file a joint status report regarding their views as to how this case should proceed within 15 days of a decision in Indiana Michigan, or on or before January 15, 2006, whichever date is later.

For the foregoing reasons, therefore, the parties respectfully request that the Court suspend this case through the end of 2005 or 30 days after the date the Federal Circuit issues a decision in Indiana Michigan, whichever date is later.

Dated: July 15, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
Entergy Nuclear Fitzpatrick, LLC
Entergy Nuclear Indian Point 3, LLC
Entergy Nuclear Operations, Inc.

OF COUNSEL:
Jay E. Silberg
Walter F. Zenner
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Document #: 1327486 v.1