**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 26, 2005)

| | |
|---|---|
| **ENTERGY NUCLEAR FITZPATRICK, LLC**, **ENTERGY NUCLEAR INDIAN POINT 3, LLC**, and **ENTERGY NUCLEAR OPERATIONS, INC.**, Plaintiffs, | |
| v. | No. 03-2627C (Chief Judge Damich) |
| **THE UNITED STATES**, Defendant. | |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Pursuant to the Court's July 25, 2005 Order, Plaintiffs and Defendant, the United States, respectfully and jointly submit this status report to request that this case remain stayed. The Court's July 25, 2005 Order stayed this case until 30 days after the United States Court of Appeals for the Federal Circuit ("Federal Circuit") rules on the appeal of this Court's decision in Indiana Michigan Power Co. v. United States, No. 98-486C ("Indiana Michigan"). The Order also instructed the parties to file a joint status report on December 15, 2005 or "within 15 days after the decision in Indiana Michigan, whichever is earlier." The Federal Circuit issued its decision in Indiana Michigan on September 9, 2005, thus triggering the parties' filing of a joint status report at this time. For reasons explained below, Plaintiffs have proposed and the Government has agreed that the stay in this case be extended through June 30, 2006.

First, Plaintiffs continue to deal with the difficult circumstances resulting from Hurricanes Katrina and Rita and their effect on the Gulf Coast region. Plaintiffs' corporate headquarters are in New Orleans, Louisiana, and the main offices for its nuclear organization are in Jackson, Mississippi, both of which locations have been affected by the hurricanes. Due to the

severity of this fall's hurricane season, Plaintiffs have diverted personnel and resources (including personnel that were working on support of the spent fuel litigation in this case and in Entergy Nuclear Generation Co. v. United States, No. 03-2626C (Lettow, J.), Sys. Fuels, Inc. v. United States, No. 03-2624C (Braden, J.), and Sys. Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.)) to restoring electric power to areas affected by the hurricanes. Plaintiffs need to devote their attention to those activities, and of necessity must defer prosecution of this action.

Second, the parties are both involved in other spent nuclear fuel cases, many of which are at a more advanced procedural stage than the instant case. For example, the latter two Entergy cases referenced above are already set for trial in September 2006 and February 2007, respectively, and the discovery process is well underway in the Entergy Nuclear Generation case. In light of the overwhelming effect of the hurricanes upon Entergy, Entergy cannot presently devote further resources to the prosecution of spent nuclear fuel damages claims.

Further, the time period within which either party may seek reconsideration and/or rehearing of the Federal Circuit's decision in Indiana Michigan has not yet expired. The time period for the parties to seek rehearing of the Indiana Michigan decision does not expire until October 24, 2005. The Federal Circuit's mandate will not issue until after that deadline passes. The uncertainty surrounding the parties' response, if any, to the Federal Circuit's decision also warrants a further extension of the stay of this case at this time. A stay in this case until June 30, 2006, will permit the parties sufficient time to decide upon a proposed course of action in this litigation.

For the foregoing reasons, therefore, the parties respectfully request that the Court suspend this case through June 30, 2006.

Dated: September 26, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
Entergy Nuclear Fitzpatrick, LLC
Entergy Nuclear Indian Point 3, LLC
Entergy Nuclear Operations, Inc.

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Jack Y. Chu
HAROLD D. LESTER, JR.
Assistant Director

Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585