# In the United States Court of Federal Claims

No. 03-2627 C
(Filed: July 16, 2007)

**********************************************

**ENTERGY NUCLEAR FITZPATRICK, LLC,**
**ENTERGY NUCLEAR INDIAN POINT 3, LLC,**
**and ENTERGY NUCLEAR OPERATIONS, INC.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

**********************************************

## ORDER

On June 29, 2007, the parties filed a Joint Motion to Continue [the] Stay in this case, pending the resolution of several other spent nuclear fuel cases that may control or inform the issues herein. The Court GRANTS the motion and hereby ORDERS the stay in this case to continue indefinitely.

The parties shall file a joint status report on or before **January 7, 2008**, recommending how they propose to proceed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge