IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENTERGY NUCLEAR FITZPATRICK, LLC<br>ENTERGY NUCLEAR INDIAN POINT 3,<br>LLC, AND ENTERGY NUCLEAR<br>OPERATIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2627C<br>(Chief Judge Damich) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Scott Slater as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Scott Slater
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: January 14, 2008

s/Scott Slater
Scott Slater
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0467
Facsimile: (202) 307-2503

CERTIFICATE OF FILING

I hereby certify that on this 14th day of January 2008, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater