IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENTERGY NUCLEAR FITZPATRICK, LLC<br>ENTERGY NUCLEAR INDIAN POINT 3,<br>LLC, AND ENTERGY NUCLEAR<br>OPERATIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2627C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR
SEVEN DAY ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a seven-day enlargement of time, through Monday, August 11, 2008, within which to file with the plaintiffs a joint status report concerning further proceedings in this case. The parties have been working cooperatively toward the filing of such a report, which is currently due today in accordance with the prior unopposed enlargement of 28 days granted by the Court on July 8, 2008 at the request of plaintiffs, Entergy Nuclear Fitzpatrick, LLC; Entergy Nuclear Indian Point 3, LLC; and Entergy Nuclear Operations, Inc. Defendant has not previously sought an enlargement of time for this purpose. Counsel for the plaintiffs, Jack Y. Chu, has represented that plaintiffs do not oppose this request.

As the Court is aware, several important issues common to the spent nuclear fuel litigation ("SNF") before this Court have been fully briefed and argued at the United States Court of Appeals for the Federal Circuit. As a result, we are currently anticipating the issuance of rulings in Nebraska Pub. Power Dist. v. United States, 73 Fed. Cl. 650 (2006), appeal pending, No. 2007-5083 (Fed. Cir.); Yankee Atomic Elec. Co. v. United States, 73 Fed. Cl. 249

(2006), appeal pending, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.); Pacific Gas & Elec. Co. v. United States, 73 Fed. Cl. 333 (2006), appeal pending, No. 2007-5046 (Fed. Cir.); and Sacramento Mun. Util. Dist. v. United States, 70 Fed. Cl. 332 (2006), appeal pending, No. 2007-5052 (Fed. Cir.). Late last week, counsel for the plaintiffs informed us of plaintiffs' position regarding further proceedings in this case. In light of the pending appellate decisions, and the position of which counsel notified us last week, the Government is currently assessing its position with regard to the potential lifting of stays in multiple SNF cases, including this matter. In so doing, we also are taking into account the continuing need for coordinated discovery on a case-wide basis.

Unfortunately, since learning of the plaintiffs' position, counsel for the Government's involvement in numerous active spent nuclear fuel cases has impeded defendant's ability to evaluate its own position with regard to further proceedings in this case. In particular, we are working to assist the Government's experts in their finalization of several reports in Consolidated Edison Company of New York, Inc. v. United States, No. 04-0033, which are due to be exchanged today. We also have been engaged in preparing for argument tomorrow on seven motions in limine in Energy Northwest v. United States, No. 04-0010, which is requiring significant preparation.

To afford the Government sufficient time to complete its assessment regarding how best to proceed in this case, we respectfully request that the Court grant this unopposed motion for a seven-day enlargement of time.

CONCLUSION

For the foregoing reasons, defendant respectfully requests an enlargement of time of seven days, from August 4, 2008 to August 11, 2008, within which to file with the plaintiffs a joint status report concerning further proceedings in this case.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Scott Slater
SCOTT SLATER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0467
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

August 4, 2008

CERTIFICATE OF FILING

I hereby certify that on this 4th day of August 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR SEVEN DAY ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater