IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENTERGY NUCLEAR FITZPATRICK, LLC ENTERGY NUCLEAR INDIAN POINT 3, LLC, AND ENTERGY NUCLEAR OPERATIONS, INC., Plaintiffs, | ) |
| v. | ) No. 03-2627C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a 14-day enlargement of time, to and including Monday, August 25, 2008, within which to file with the plaintiff a joint status report concerning further proceedings in this case. The parties have been working cooperatively toward the filing of such a report, which is currently due on August 11, 2008, in accordance with defendant's recent unopposed request for an enlargement of seven days, which the Court granted on August 6, 2008. This is defendant's second request for an enlargement of time for this purpose. Counsel for the plaintiff, Jack Y. Chu, has represented that plaintiff does not oppose this request.

On August 7, 2008, the United States Court of Appeals for the Federal Circuit issued three decisions in spent nuclear fuel ("SNF") cases, Yankee Atomic Elec. Co. v. United States, 73 Fed. Cl. 249 (2006), Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.); Pacific Gas & Elec. Co. v. United States, 73 Fed. Cl. 333 (2006), No. 2007-5046 (Fed. Cir.); and Sacramento Mun. Util. Dist. v. United States, 70 Fed. Cl. 332 (2006), No. 2007-5052 (Fed. Cir.). These rulings are likely to significantly affect the course of proceedings

in this matter, as well as the many other SNF cases now pending before this Court. Presently, we are studying these new decisions so that we may confer internally and with the Department of Energy in order to develop a consistent position with regard to the potential lifting of stays of numerous SNF cases, including this matter. Unfortunately, many of the Government representatives whose input is required as part of this process are either currently on vacation or are soon departing for pre-scheduled vacations. A two-week enlargement of time for the filing of joint status reports in this case will greatly aid defendant in its effort to provide the Court a well-considered statement of the Government's position on how best to proceed in light of these new authorities.

To afford the Government sufficient time to complete its assessment of the Federal Circuit's rulings in Yankee Atomic, PG&E, and SMUD so that we may provide the Court the Government's position with regard to proceeding in this case, we respectfully request that the Court grant this unopposed motion for a 14-day enlargement of time.

CONCLUSION

For the foregoing reasons, defendant respectfully requests an enlargement of time of 14 days, to and including August 25, 2008, within which to file with the plaintiff a joint status report concerning further proceedings in this case.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Scott Slater by s/Anthony W. Moses
SCOTT SLATER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0467
Fax: (202) 307-2503

August 8, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of August 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anthony W. Moses