**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on August 25, 2008)

| | |
|---|---|
| **ENTERGY NUCLEAR FITZPATRICK, LLC**, **ENTERGY NUCLEAR INDIAN POINT 3, LLC**, and **ENTERGY NUCLEAR OPERATIONS, INC.**, Plaintiffs, v. **THE UNITED STATES**, Defendant. | No. 03-2627C (Chief Judge Damich) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) & 6.1, Plaintiffs Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC, and Entergy Nuclear Operations, Inc., respectfully request an enlargement of time of two days from August 25, 2008 through August 27, 2008 to submit a joint status report. Counsel for Plaintiffs has spoken with counsel for Defendant, the United States (the "Government"), Mr. Scott Slater, who has indicated that the Government does not oppose this motion for an enlargement of time. This is Plaintiffs' second request for an enlargement of time to submit a status report.

Plaintiffs request this enlargement of time based on the press of other business and based on the need to review the Government's proposed portion of the status report. Plaintiffs' counsel were unable to fully address the status report based on the press of other business. For example, counsel unexpectedly was drawn into alternative dispute resolution in the protest of *Focus Technology Consulting*, No. 08-ODRA-00458 (Fed. Aviation Admin.) for much of today. Counsel also has been in the process of preparing a claim for costs before the Government Accountability Office in *New Jersey & H St., LLC*, No. B-311314.3, June 30, 2008, 2008 CPD ¶

___. Due to the press of this and other business, Plaintiffs' counsel were unable to fully turn to completing the status report.

In this regard, the Government provided Plaintiffs with its portion of the status report this afternoon (during which counsel was involved with the ADR proceedings in *Focus*). The Government's portion of the status report invokes its August 21, 2008 motion to coordinate discovery and create a litigation plan. Given the press of other business, counsel for the Plaintiffs were not able to fully consider this issue in the context of the status report. Plaintiffs are still in the process of determining how to respond to the August 21, 2008 motion and, therefore, need additional time to determine what their position in response to the motion will be.

For the foregoing reasons, Plaintiffs respectfully request an enlargement of time of two days from August 25, 2008 through August 27, 2008 to submit a joint status report.

Dated: August 25, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
Entergy Nuclear Fitzpatrick, LLC
Entergy Nuclear Indian Point 3, LLC
Entergy Nuclear Operations, Inc.

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)