**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on August 27, 2008)

| | |
|---|---|
| **ENTERGY NUCLEAR FITZPATRICK, LLC**, **ENTERGY NUCLEAR INDIAN POINT 3, LLC**, and **ENTERGY NUCLEAR OPERATIONS, INC.**, Plaintiffs, v. **THE UNITED STATES**, Defendant. | No. 03-2627C (Chief Judge Damich) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) & 6.1, Plaintiffs Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Indian Point 3, LLC, and Entergy Nuclear Operations, Inc., respectfully request an enlargement of time of seven days from August 27, 2008 through September 3, 2008 to submit a joint status report. Counsel for Plaintiffs has spoken with counsel for Defendant, the United States (the "Government"), Mr. Scott Slater, who has indicated that the Government does not oppose this motion for an enlargement of time. This is Plaintiffs' third request for an enlargement of time to submit a status report.

Plaintiffs request this enlargement of time based on the press of other business and based on the need to respond to the Government's proposed portion of the status report. Plaintiffs' counsel were unable to fully address the status report based on the press of other business. For example, counsel unexpectedly was drawn into alternative dispute resolution ("ADR") in the protest of *Focus Technology Consulting*, No. 08-ODRA-00458 (Fed. Aviation Admin.) for much of Monday, August 25, 2008 and that ADR also consumed much of Tuesday, August 26, 2008. Counsel also have been in the process of preparing a claim for costs related to a bid protest

before the Government Accountability Office in *New Jersey & H St., LLC,* No. B-311314.3, June 30, 2008, 2008 CPD ¶ ___, which claim is due on August 29, 2008. Additionally, in the past several days, lead counsel in this case has been traveling to client sites in Texas and Detroit in other matters. Additionally, several of Plaintiffs' listed "of counsel" in this case have also been traveling this week, as well. Due to the press of this and other business, Plaintiffs' counsel were unable to fully turn to completing the status report.

In this regard, the Government provided Plaintiffs with its portion of the status report on Monday, August 25, 2008. The Government's portion of the status report invokes its August 21, 2008 motion to coordinate discovery and create a litigation plan. Given the press of other business, Plaintiffs were unable to fully consider their position in response to the Government's portion of the status report. Given that the Government's counsel will also need sufficient time to review the status report, Plaintiffs concluded that an additional enlargement request provided the most prudent course.

For the foregoing reasons, Plaintiffs respectfully request an enlargement of time of seven days from August 27, 2008 through September 3, 2008 to submit a joint status report.

Dated: August 27, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
Entergy Nuclear Fitzpatrick, LLC
Entergy Nuclear Indian Point 3, LLC
Entergy Nuclear Operations, Inc.

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)