**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 3, 2008)

| | |
|---|---|
| **ENTERGY NUCLEAR FITZPATRICK, LLC**, **ENTERGY NUCLEAR INDIAN POINT 3, LLC**, and **ENTERGY NUCLEAR OPERATIONS, INC.**, Plaintiffs, v. **THE UNITED STATES**, Defendant. | No. 03-2627C (Chief Judge Damich) |

**PLAINTIFFS' MOTION TO LIFT STAY**

Plaintiffs, through the undersigned counsel, respectfully move for the Court to lift the stay in this case. The grounds for Plaintiffs' motion are primarily set forth in the parties' joint status report, which report has been filed contemporaneously with this motion.

As the Court is aware, the parties filed a joint motion on January 7, 2008 to continue the stay indefinitely in this case. That motion was granted on January 18, 2008, and the parties were also directed to file a joint status report on or before July 7, 2008 specifying how this case should proceed. The parties subsequently requested and received from the Court several enlargements of time to file their joint status report, which is due today.

For reasons explained in the joint status report, Plaintiffs respectfully submit that a continuation of the stay is no longer appropriate and that this case should proceed towards a damages trial. In the joint status report, Plaintiffs have also proposed dates for the parties to exchange RCFC 26 disclosures and for Plaintiffs to serve their damages claim and expert reports on Defendant.

Thus, Plaintiffs respectfully request that the instant motion be granted, and that the Court lift the stay in this case.

Dated: September 3, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiffs
Entergy Nuclear Fitzpatrick, LLC
Entergy Nuclear Indian Point 3, LLC
Entergy Nuclear Operations, Inc.

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

L. Jager Smith, Jr.
**WISE CARTER CHILD**
**& CARAWAY, P.A.**
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)